UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-11859-RWZ

CYNTHIA DIZIO, ET AL.,

v.

MANCHESTER ESSEX REGIONAL
SCHOOL DISTRICT (MESRD), ET AL.,

## ORDER

Zobel, S.D.J.

The complaint in this case is substantially identical to a complaint filed on December 3, 2018, Docket No. 18-cv-12489 and assigned to Chief Judge F. Dennis Saylor IV.

The earlier case was dismissed on August 12, 2019, and this case was filed on October 15, 2020, less than two years later.   Therefore, this case is related to Docket No. 18-cv-12489.   Pursuant to Local Rule 40.1 D. Mass. the Clerk is requested to assign this case to Chief Judge Saylor.

**So ordered.**

January 26, 2021                             /s/ Rya W. Zobel
DATE                                         RYA W. ZOBEL
                                    UNITED STATES DISTRICT JUDGE